# *Exhibit A*

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

JOSEPH P. ANDERSON,                                  CIVIL DIVISION

      *Plaintiff,*                                  **ELECTRONICALLY FILED**

      v.                                            GD-21-_____

HARRY L. WITT, INC.,

      *Defendant.*                                 **PRAECIPE FOR WRIT
OF SUMMONS**


Filed on Behalf of Plaintiff:
Joseph P. Anderson


Counsel of Record for this Party:
**J.P. WARD & ASSOCIATES, LLC**


Joshua P. Ward
Pa. I.D. No. 320347


J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206


Telephone:    (412) 545-3015
Fax No.:      (412) 540-3399
E-mail:       jward@jpward.com

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

JOSEPH P. ANDERSON,                                     CIVIL DIVISION

        *Plaintiff,*                                      **ELECTRONICALLY FILED**

        v.                                             GD-21-_____

HARRY L. WITT, INC.,

        *Defendant.*

## <u>PRAECIPE FOR WRIT OF SUMMONS</u>

TO     PROTHONOTARY OF THE COURT OF COMMON PLEAS OF ALLEGHENY
        COUNTY, PENNSYLVANIA:

     Kindly issue a writ of summons in the above-captioned matter.


                Respectfully submitted,

                **J.P. WARD & ASSOCIATES, LLC**


Date: July 29, 2021                      By: _____
                          Joshua P. Ward (Pa. I.D. No. 320347)
                          Kyle H. Steenland (Pa. I.D. No. 327786)

                          J.P. Ward & Associates, LLC
                          The Rubicon Building
                          201 South Highland Avenue
                          Suite 201
                          Pittsburgh, PA 15206

                          Counsel for Plaintiff

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

JOSEPH P. ANDERSON,                                  CIVIL DIVISION

     *Plaintiff,*                                **ELECTRONICALLY FILED**

     v.                                          GD-21-008857_____

HARRY L. WITT, INC.,

     *Defendant.*                              **COMPLAINT IN CIVIL ACTION**


Filed on Behalf of Plaintiff:
Joseph P. Anderson

Counsel of Record for this Party:

**J.P. WARD & ASSOCIATES, LLC**

Joshua P. Ward
Pa. I.D. No. 320347

J.P. Ward & Associates, LLC.
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:    (412) 545-3015
Fax No.:      (412) 540-3399
E-mail:       jward@jpward.com


**JURY TRIAL DEMANDED**

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| JOSEPH P. ANDERSON, | CIVIL DIVISION |
| *Plaintiff,* | **ELECTRONICALLY FILED** |
| v. | GD-21-008857 |
| HARRY L. WITT, INC., | |
| *Defendant.* | |

## COMPLAINT IN CIVIL ACTION

AND NOW, comes Plaintiff, Joseph P. Anderson, by and through the undersigned counsel, J.P. Ward & and, specifically, Joshua P. Ward, Esquire, who files the within Complaint in Civil Action against Defendant, Harry L. Witt, Inc., of which the following is a statement:

## PARTIES

1.      Plaintiff, Joseph P. Anderson (hereinafter "Mr. Anderson"), is an adult individual who currently resides at 707 Hazlett Street, Tarentum, Pennsylvania 15084.

2.      Defendant, Harry L. Witt, Inc. (hereinafter "Harry L. Witt"), is a corporation registered to do business within the Commonwelath of Pennsylvania with its principal place of business located at 3351 Bigelow Boulevard, Pittsburgh, Pennsylvania 15219.

## JURISDICTION AND VENUE

3.      Jurisdiction is proper as Mr. Anderson bring this lawsuit under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* (hereinafter "the FLSA"), the Pennsylvania Minimum Wage Act, 43 Pa. Stat. Ann. §333.101, *et seq.* (hereinafter "the PMWA"), the Wage Payment and Collection Law (hereinafter "WPCL"), 43 P.S. §260.1 *et seq.*

4.      This Court has supplemental jurisdiction over Plaintiffs' state law claims under the Wage Payment and Collection Law 43 P.S. §260.1 *et seq*. (hereinafter "WPCL") and the Pennsylvania Minimum Wage Act, 43 Pa. Stat. Ann. §333.101, *et seq*. (hereinafter "the PMWA") pursuant to 28 U.S.C. §1367(a).

5.      A substantial part of the events or omissions giving rise to the claims occurred in Western Pennsylvania, and, therefore, this action is within the jurisdiction of the United States District Court for the Western District of Pennsylvania and the venue is proper pursuant to 28 U.S.C. § 1391(b).

## PROCEDURAL HISTORY AND FACTUAL ALLEGATIONS

6.      On or about January 2019, Mr. Anderson initiated employment with Harry L. Witt as a Pest Control Technician.

7.      Mr. Anderson's job duties included traveling to customer homes to spray for pests.

8.      To perform the aforementioned job duties, Mr. Anderson made use of pest control equipment such as sprays and traps.

9.      Upon information and belief, these materials and equipment necessary to provide pest control were manufactured out of state and transported across state lines to Pennsylvania to be used by Harry L. Witt.

10.     Upon his initiation of employment, Mr. Anderson was informed he would begin at a rate of $15 an hour during his approximate 2-3-month training period. Following training, Mr. Anderson was to be compensated an annual salary of $31,000.

11.     Mr. Anderson kept track of his work hours on his work phone per company policy, as Mr. Anderson was instructed to punch in once he had reached the client's location and punch out upon his completion of the job.

2

12.     Although each job took a different amount of time to complete due to circumstances such as the size and needs of the location, Mr. Anderson was consistently paid for 86.66 hours of regular time and 10 hours of overtime each paycheck.

13.     Therefore, the hours portrayed on his bi-weekly paychecks did not align with the number of hours worked by Mr. Anderson.

## COUNT I
### FAILURE TO PAY OVERTIME IN VIOLATION OF
### THE FAIR LABOR STANDARDS ACT

14.     Mr. Anderson incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

15.     Under the Fair Labor Standards Act (hereinafter "FLSA"), an employer is prohibited from employing an employee for a workweek "longer than forty hours unless such employee receives compensation" for hours worked more than the specified forty hours. 29 U.S.C.S. §207(a)(1).  This rate must be at a rate "not less than one and one-half times the regular rate at which [the employee] is employed." Id.

16.     The FLSA requires that an employer pay any employee "who in a workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or is employed in an enterprise engaged in commerce or the production of goods for commerce." 29 U.S.C.S.  §206(a).

17.     Under the FLSA, commerce is defined as "trade, commerce, transportation, transmission, or communication among several States or between any state and any place outside thereof." 29 U.S.C.S. §203(b).

18.     Third Circuit courts have held that using materials that were manufactured out of state in the course of daily work is sufficient to constitute interstate commerce for purposes of the

FLSA. See *Marshall v. Brunner*, 668 F.2d 748, 750 (3d Cir. 1982); *Griffin v. Alysia Home Health Agency*, 2018 WL 2566235 at *2 (W.D. Pa. June 4, 2018).

19.     For example, in *Griffin v. Alysia Home Health Agency*, the court held that a home health care business was an enterprise engaged in commerce within the meaning of the FLSA because employees used instrumentalities of interstate commerce in their work, such as vehicles, latex gloves, and paper, all of which had been manufactured out of state and moved in state. 2018 WL 2566235 at *2 (W.D. Pa. June 4, 2018).

20.     Similarly, in *Marshall v. Brunner*, the court on appeal found that a garbage collection company whose employees made daily use of "trucks, truck bodies, batteries, and accessories, sixty-gallon containers, shovels, brooms, oil and gas" that had been manufactured out of state and moved in interstate commerce was sufficient to establish that the company was an "enterprise engaged in interstate commerce" as defined by the FLSA. *Marshall v. Brunner*, 668 F.2d 748, 751 (3d Cir. 1982).

21.     When a plaintiff seeks to establish an overtime claim under the FLSA, he must "sufficiently allege forty hours of work in a given workweek as well as some uncompensated time in excess of the forty hours. *Rosario v. First Student Mgmt*., LLC, 2016 U.S. Dist. LEXIS 108172 at *20 (E.D. Pa. 2016.  The plaintiff is also required to "connect the dots between bare allegations of a 'typical' forty-hour workweek and bare allegations of work completed outside of regularly scheduled shifts," so that "allegations concerning a typical forty-hour work week include an assertion that the employee worked additional hours during such a week." Id.

22.     Mr. Anderson is an "employee" as defined by 29 U.S.C.S. §203(b) of the FLSA.

23.     Harry L. Witt is an "employer" as defined by 29 U.S.C.S. §203(e)(1) of the FLSA.

24.     Harry L. Witt is "an enterprise engaged in commerce or the production or goods for commerce" as defined by 29 U.S.C.S. §206(a) of the FLSA.

25.     Mr. Anderson's job duties included traveling to customer homes to spray for pests.

26.     Harry L. Witt provides a variety of residential and commercial pest management services, including mosquito and tick defense, ant control, rodent control, disinfection services, fly control, odor control, demolition permit abatement services, food safety evaluations, and bed bug detection and treatment.

27.     To provide the aforementioned treatments and services, Harry L. Witt make use of pest control chemicals and treatment formulas, Insect Light Traps (ILTs), and food safety and sanitation products such as degreasers and multi-surface cleaners.

28.     Upon information and belief, the materials and equipment necessary to provide residential and commercial pest management services were manufactured outside of state and transported across state lines to be used by Harry L. Witt. Therefore, they are considered instrumentalities of interstate commerce as defined by the FLSA.

29.     Mr. Anderson used these instrumentalities of interstate commerce to perform his job duties.

30.     Harry L. Witt is therefore engaged in interstate commerce and is governed by the FLSA.

31.     Mr. Anderson was required to work forty hours per week while employed with Harry L. Witt.

32.     Throughout his employment, Mr. Anderson regularly worked overtime ranging in hours per week due to the nature of his position and the differing duties provided at each job site. See Exhibit "A".

33.     Although Mr. Anderson did not work a consistent amount of overtime hours per week, Mr. Anderson's pay stubs displayed a constant 10 hours of overtime in addition to 86.66 hours of regular time. See Exhibit "A".

34.     Therefore, it is unable to be determined whether Mr. Anderson was fully and properly compensated for the correct amount of overtime hours worked.

35.     As a direct and proximate cause of the aforementioned conduct, Mr. Anderson suffered actual damages, including, but not limited to, wage loss, loss of income, and emotional distress damages, all in the past, present and future.

36.     As set forth hereinabove, Harry L. Witt's actions were intentional, knowing, wanton, willful, and so outrageous as to shock the conscience.

WHEREFORE, Plaintiff, Mr. Anderson, hereby requests this Honorable Court consider the above and grant relief in their favor. Specifically, Plaintiff requests this Court award them back pay, front pay, any other compensatory and punitive damages as calculated by the Court, pre-judgment and continuing interest as calculated by the Court, and reasonable attorney's fees.

**<u>COUNT II</u>**
**FAILURE TO PAY OVERTIME IN VIOLATION OF**
**THE PENNSYLVANIA MINIMUM WAGE ACT**

37.     Mr. Anderson incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

38.     The Pennsylvania Minimum Wage Act (hereinafter "PMWA") states that overtime pay is required "for hours in excess of forty hours in a workweek. 43 Pa. Stat. Ann. §333.104(c). Further, the PMWA requires the same time and a half payment for "all hours worked past 40 in a week." Ellis v. Edward D. Jones & Co., L.P., 527 F. Supp. 2d 439, 452 (W.D. Pa. 2007) (citing 29 U.S.C.S. 207(a), 43 Pa. Stat. Ann. 333.104(c)).

39.     Because the PMWA parallels the FLSA in "requiring employers to compensate their employees for overtime hours work and has an identical standard of liability as the FLSA in overtime claims," courts analyze PMWA claims and FLSA claims under the same framework. *Rummel v., Highmark, Inc*., 2013 U.S. Dist. LEXIS 162757 at *9 (W.D. Pa. 2013) (citing *Alers v. City of Philadelphia*, 919 F. Supp. 2d 528, 557-60 (E.D. Pa. 2013)).

40.     Thus, "plaintiff-employees asserting PMWA violations must substantiate their claims by demonstrating that they performed work for which they were not paid . . . and that the Harry L. Witt-employer had actual or constructive knowledge of the plaintiff's overtime work." *Alers v. City of Philadelphia*, 919 F. Supp. 2d at 560.

41.     Mr. Anderson was required to work forty hours per week while employed with Harry L. Witt.

42.     Throughout his employment, Mr. Anderson regularly worked overtime ranging per week due to the nature of his position and the differing duties provided at each job site. See Exhibit "A".

43.     Although Mr. Anderson did not work a consistent amount of overtime hours per week, Mr. Anderson's pay stubs displayed a constant 10 hours of overtime in addition to 86.66 hours of regular time. See Exhibit "A".

44.     Therefore, it is unable to be determined whether Mr. Anderson was fully and properly compensated for the correct amount of overtime hours worked.

45.     As a direct and proximate cause of the aforementioned conduct, Mr. Anderson suffered actual damages, including, but not limited to, wage loss, loss of income, and emotional distress damages, all in the past, present and future.

46.     As set forth hereinabove, Harry L. Witt's actions were intentional, knowing, wanton, willful, and so outrageous as to shock the conscience.

WHEREFORE, Plaintiff, Mr. Anderson, hereby requests this Honorable Court consider the above and grant relief in their favor. Specifically, Plaintiff requests this Court award them back pay, front pay, any other compensatory and punitive damages as calculated by the Court, pre-judgment and continuing interest as calculated by the Court, and reasonable attorney's fees.

<u>COUNT III</u>
**VIOLATION OF THE WAGE PAYMENT AND COLLECTION LAW**

47.     Mr. Anderson incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

48.     Under the WPCL, the definition of employer "includes every person, firm, partnership, association, corporation, receiver or other officer of a court of this Commonwealth and any agent or officer of any of the above-mentioned classes employing any person in this Commonwealth." 43 P.S. §260.2a.

49. Section 260.5(a) of the WPCL provides:

> Whenever an employer separates an employee from the payroll, or whenever an employee quits or resigns his employment, the ***wages or compensation earned shall become due and payable*** not later than the next regular payday of his employer on which such wages would otherwise be due and payable.

43 P.S. §260.5(a) (emphasis added).

50.     Wages include "all earnings of an employee, regardless of whether determined on time, task, piece, commission, or other method of calculation.  The term "wages" also includes fringe benefits or wage supplements…" 43 P.S. §260.2(a).

51.     The Pennsylvania WPCL, 43 P.S. §260.1 et seq., however, does not provide "a statutory definition of the term 'employee'." *Frank Burns, Inc. v. Interdigital Communs. Corp*, 704 A.2d 678, 680-81 (Pa Super. 1997).

52.     Courts in Pennsylvania have held that "any person in Pennsylvania can qualify as an employee under the WPCL," because "grammatically, an 'employee' is an entity that is employed," and "in the definition of employer, the entity employed by the employer, i.e., the employee, is any person in Pennsylvania." *Frank Burns v. Interdigital Communs. Corp*., at 681.

53.     Pennsylvania courts have thus narrowed the definition of employee accordingly: "those who work in Pennsylvania can sue under the Pennsylvania statute, but those who do not work in Pennsylvania cannot." Id. Citing *Killian v. McCulloch*, 873 F. Supp. 938, 942 (E.D. Pa. 1995).

54.     As a company conducting business and employing person(s) in the Commonwealth of Pennsylvania, Harry L. Witt is "an employer" within the definition of the WPCL 43 Pa. C.S. §260.1a.

55.     Mr. Anderson, based on the law cited above, was an employee of Harry L. Witt working within the Commonwealth of Pennsylvania.

56.     When Mr. Anderson initiated employment with Harry L. Witt, it was agreed upon that Mr. Anderson was to be compensated at $15 an hour for the first three months during his training period. Upon the finalization of his training, Mr. Anderson was to be compensated at an annual salary of $31,000.

57.     As of the date this complaint was filed, Mr. Anderson has yet to receive the proper regular and overtime wages owed as a result of Harry L. Witt's engagement in improper payroll practices.

58.     As a direct and proximate result of the aforementioned conduct, Mr. Anderson suffered actual damages, including, but not limited to, lost wages and emotional distress in the past, present and future.

WHEREFORE, Plaintiff, Mr. Anderson, respectfully requests this Honorable Court enter judgment in his favor and against Harry L. Witt, and enter any and all wages due to Mr. Anderson, as well as attorney's fees and liquidated damages pursuant to 43 P.S. §260.9 of the Wage Payment and Collection Law.

**JURY TRIAL DEMANDED ON ALL MATTERS SO TRIABLE.**

Respectfully Submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: February 15, 2022                    By: _____

Joshua P. Ward (Pa. I.D. No. 320347)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

EXHIBIT A

**Harry L Witt Inc.**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 7/31/2020**          **Check Number**  **Memo**

**Pay**  *No Dollars and No Cents*

$ * * * * * * * * * * * *

To the Order of:
0230

163  -99989206
NON NEGOTIABLE

**PAY 0 00**
ONLY CTS CTS

**Joseph P Anderson**

Authorized Signature

---

**Joseph P Anderson**

| | |
|---|---|
| Company | Period Begin |
| 03641.0 | 7/16/2020 |
| Number | Period End |
| 163 | 7/31/2020 |
| Social Security # | Check Date |
| | 7/31/2020 |
| Hire Date | Check Number |
| 1/25/2019 | -99989206 |

Division

Branch

Department
0230

Team

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Bonus | | | | | 1059.34 |
| Regular | | 15.00 | 86.66 | 1299.90 | 18078.60 |
| Overtime | | 22.50 | 10.00 | 225.00 | 3150.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (1524.90) | 107.03 | 1611.14 |
| OASDI (1524.90) | 94.54 | 1381.80 |
| Medicare (1524.90) | 22.11 | 323.16 |
| PA (SM/0) (1524.90) | 46.81 | 684.20 |
| PA-EE SUI(1524.90) | 0.91 | 13.32 |
| Pittsburgh LST(1524.90) | 2.17 | 30.38 |
| Tarentum Boro EIT(1524.90) | 15.25 | 222.89 |
| Net Pay 05474XXXX | 1236.08 | 18021.05 |

| Total Earnings | | | 96.66 | 1524.90 | 22287.94 | Total Deductions | 1524.90 | 22287.94 |
|---|---|---|---|---|---|---|---|---|
| **NET PAY** | | 1236.08 | **Total Direct Deposits** | | 1236.08 | **Check Amount** | 0.00 | 0.00 |

**Harry L Witt Inc.**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 7/15/2020**          **Check Number   Memo**

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

To the Order of:
0230

163   -99989289
NON NEGOTIABLE

**Joseph P Anderson**

PAY ONLY 0 00 CTS CTS

Authorized Signature

---

**Joseph P Anderson**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 03641.0 | 7/1/2020 | |
| Number | Period End | Branch |
| 163 | 7/15/2020 | |
| Social Security # | Check Date | Department |
| | 7/15/2020 | 0230 |
| Hire Date | Check Number | Team |
| 1/25/2019 | -99989289 | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Bonus | | | | | 1059.34 |
| Regular | | 15.00 | 86.66 | 1299.90 | 16778.70 |
| Overtime | | 22.50 | 10.00 | 225.00 | 2925.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (1524.90) | 107.03 | 1504.11 |
| OASDI (1524.90) | 94.54 | 1287.26 |
| Medicare (1524.90) | 22.11 | 301.05 |
| PA (SM/0) (1524.90) | 46.81 | 637.39 |
| PA-EE SUI(1524.90) | 0.91 | 12.41 |
| Pittsburgh LST(1524.90) | 2.17 | 28.21 |
| Tarentum Boro EIT(1524.90) | 15.25 | 207.64 |
| Net Pay 05474XXXX | 1236.08 | 16784.97 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Earnings** | | | 96.66 | 1524.90 | 20763.04 |
| **NET PAY** | | 1236.08 | | | |

| | | |
|---|---|---|
| **Total Deductions** | 1524.90 | 20763.04 |
| **Total Direct Deposits** | 1236.08 | |
| **Check Amount** | 0.00 | 0.00 |

**Harry L Witt Inc**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 6/30/2020**      **Check Number**   **Memo**

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

**To the Order of:**
0230

163   -99989369
NON NEGOTIABLE

PAY ONLY 000 CTS CTS

**Joseph P Anderson**

Authorized Signature

---

**Joseph P Anderson**

| | |
|---|---|
| Company | Period Begin |
| 03641.0 | 6/16/2020 |
| Number | Period End |
| 163 | 6/30/2020 |
| Social Security # | Check Date |
| | 6/30/2020 |
| Hire Date | Check Number |
| 1/25/2019 | -99989369 |

Division

Branch

Department
0230

Team

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Bonus | | | | | 1059.34 |
| Regular | | 15.00 | 86.66 | 1299.90 | 15478.80 |
| Overtime | | 22.50 | 10.00 | 225.00 | 2700.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0)  (1524.90) | 107.03 | 1397.08 |
| OASDI (1524.90) | 94.54 | 1192.72 |
| Medicare (1524.90) | 22.11 | 278.94 |
| PA (SM/0)  (1524.90) | 46.81 | 590.58 |
| PA-EE SUI(1524.90) | 0.91 | 11.50 |
| Pittsburgh LST(1524.90) | 2.17 | 26.04 |
| Tarentum Boro EIT(1524.90) | 15.25 | 192.39 |
| Net Pay 05474XXXX | 1236.08 | 15548.89 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Earnings** | | | | 96.66 | 1524.90 | 19238.14 | **Total Deductions** | 1524.90 | 19238.14 |
| **NET PAY** | | 1236.08 | **Total Direct Deposits** | | | 1236.08 | **Check Amount** | 0.00 | 0.00 |

**Harry L Witt Inc**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 6/15/2020**     **Check Number**   **Memo**

**Pay** *No Dollars and No Cents*

$\$$ * * * * * * * * * * * *

**To the Order of:**
0230

163   -99989446
NON NEGOTIABLE

PAY
ONLY    CTS CTS

**Joseph P Anderson**

Authorized Signature

---

**Joseph P Anderson**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 03641.0 | 6/1/2020 | |
| Number | Period End | Branch |
| 163 | 6/15/2020 | |
| Social Security # | Check Date | Department |
| | 6/15/2020 | 0230 |
| Hire Date | Check Number | Team |
| 1/25/2019 | -99989446 | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Bonus | | | | | 1059.34 |
| Regular | | 15.00 | 86.66 | 1299.90 | 14178.90 |
| Overtime | | 22.50 | 10.00 | 225.00 | 2475.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (1524.90) | 107.03 | 1290.05 |
| OASDI (1524.90) | 94.54 | 1098.18 |
| Medicare (1524.90) | 22.11 | 256.83 |
| PA (SM/0) (1524.90) | 46.81 | 543.77 |
| PA-EE SUI(1524.90) | 0.91 | 10.59 |
| Pittsburgh LST(1524.90) | 2.17 | 23.87 |
| Tarentum Boro EIT(1524.90) | 15.25 | 177.14 |
| Net Pay 05474XXXX | 1236.08 | 14312.81 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Earnings** | | | 96.66 | 1524.90 | 17713.24 |

| Total Deductions | 1524.90 | 17713.24 |
|---|---|---|

| **NET PAY** | 1236.08 | **Total Direct Deposits** | 1236.08 | **Check Amount** | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

**Harry L Witt Inc.**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date** 5/29/2020          **Check Number**  **Memo**

Pay *No Dollars and No Cents*

$ * * * * * * * * * * * *

To the Order of:
0230

163  -99989524
NON NEGOTIABLE

PAY ONLY 000

**Joseph P Anderson**

Authorized Signature

---

**Joseph P Anderson**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 03641.0 | 5/16/2020 | |
| Number | Period End | Branch |
| 163 | 5/31/2020 | |
| Social Security # | Check Date | Department |
| | 5/29/2020 | 0230 |
| Hire Date | Check Number | Team |
| 1/25/2019 | -99989524 | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Bonus | | 15.00 | 0.00 | 1059.34 | 1059.34 |
| Regular | | 15.00 | 86.66 | 1299.90 | 12879.00 |
| Overtime | | 22.50 | 10.00 | 225.00 | 2250.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (2584.24) | 234.15 | 1183.02 |
| OASDI (2584.24) | 160.22 | 1003.64 |
| Medicare (2584.24) | 37.47 | 234.72 |
| PA (SM/0) (2584.24) | 79.34 | 496.96 |
| PA-EE SUI(2584.24) | 1.55 | 9.68 |
| Pittsburgh LST(2584.24) | 2.17 | 21.70 |
| Tarentum Boro EIT(2584.24) | 25.84 | 161.89 |
| Net Pay 05474XXXX | 2043.50 | 13076.73 |

| | | | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|
| Total Earnings | | 96.66 | 2584.24 | 16188.34 | Total Deductions | 2584.24 | 16188.34 |
| **NET PAY** | 2043.50 | | **Total Direct Deposits** | 2043.50 | **Check Amount** | 0.00 | 0.00 |

**Harry L Witt Inc**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 5/15/2020**          **Check Number   Memo**

**Pay** *No Dollars and No Cents*

$***********

**To the Order of:**
0230

**Joseph P Anderson**

163   -99989600
NON NEGOTIABLE

PAY ONLY 0 00 CTS CTS

Authorized Signature

---

**Joseph P Anderson**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 03641.0 | 5/1/2020 | |
| Number | Period End | Branch |
| 163 | 5/15/2020 | |
| Social Security # | Check Date | Department |
| | 5/15/2020 | 0230 |
| Hire Date | Check Number | Team |
| 1/25/2019 | -99989600 | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.00 | 86.66 | 1299.90 | 11579.10 |
| Overtime | | 22.50 | 10.00 | 225.00 | 2025.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (1524.90) | 107.03 | 948.87 |
| OASDI (1524.90) | 94.54 | 843.42 |
| Medicare (1524.90) | 22.11 | 197.25 |
| PA (SM/0) (1524.90) | 46.81 | 417.62 |
| PA-EE SUI(1524.90) | 0.91 | 8.13 |
| Pittsburgh LST(1524.90) | 2.17 | 19.53 |
| Tarentum Boro EIT(1524.90) | 15.25 | 136.05 |
| Net Pay 05474XXXX | 1236.08 | 11033.23 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Earnings** | | | 96.66 | 1524.90 | 13604.10 |
| **NET PAY** | | 1236.08 | **Total Direct Deposits** | | 1236.08 |

| | | |
|---|---|---|
| **Total Deductions** | 1524.90 | 13604.10 |
| **Check Amount** | 0.00 | 0.00 |

**Harry L Witt Inc**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 4/30/2020**          **Check Number**   **Memo**

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

To the Order of:
0230                          163   -99989736

**Joseph P Anderson**         NON NEGOTIABLE

PAY ONLY  0 00
CTS CTS

Authorized Signature

---

**Joseph P Anderson**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 03641.0 | 4/16/2020 | |
| Number | Period End | Branch |
| 163 | 4/30/2020 | |
| Social Security # | Check Date | Department |
| | 4/30/2020 | 0230 |
| Hire Date | Check Number | Team |
| 1/25/2019 | -99989736 | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

**Earnings**

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.00 | 86.66 | 1299.90 | 10279.20 |
| Overtime | | 22.50 | 10.00 | 225.00 | 1800.00 |
| Holiday | | 15.00 | -8.00 | -120.00 | 0.00 |

**Deductions**

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (1404.90) | 92.63 | 841.84 |
| OASDI (1404.90) | 87.10 | 748.88 |
| Medicare (1404.90) | 20.37 | 175.14 |
| PA (SM/0) (1404.90) | 43.13 | 370.81 |
| PA-EE SUI(1404.90) | 0.84 | 7.22 |
| Pittsburgh LST(1404.90) | 2.17 | 17.36 |
| Tarentum Boro EIT(1404.90) | 14.05 | 120.80 |
| Net Pay 05474XXXX | 1144.61 | 9797.15 |

| | | | | | |
|---|---|---|---|---|---|
| Total Earnings | | | 88.66 | 1404.90 | 12079.20 |
| **NET PAY** | | 1144.61 | | | |

| | | | |
|---|---|---|---|
| Total Deductions | | 1404.90 | 12079.20 |
| **Total Direct Deposits** | 1144.61 | **Check Amount** | 0.00 0.00 |

**Harry L Witt Inc.**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 4/15/2020**          **Check Number  Memo**

**Pay** *No Dollars and No Cents*

S * * * * * * * * * * * *

To the Order of:
0230

163  -99989811
NON NEGOTIABLE

PAY ONLY 000 CTS CTS

**Joseph P Anderson**

Authorized Signature

---

**Joseph P Anderson**

| | |
|---|---|
| Company | 03641.0 |
| Number | 163 |
| Social Security # | |
| Hire Date | 1/25/2019 |
| Period Begin | 4/1/2020 |
| Period End | 4/15/2020 |
| Check Date | 4/15/2020 |
| Check Number | -99989811 |
| Division | |
| Branch | |
| Department | 0230 |
| Team | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.00 | 86.66 | 1299.90 | 8979.30 |
| Overtime | | 22.50 | 10.00 | 225.00 | 1575.00 |
| Holiday | | 15.00 | 8.00 | 120.00 | 120.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (1644.90) | 121.43 | 749.21 |
| OASDI (1644.90) | 101.98 | 661.78 |
| Medicare (1644.90) | 23.85 | 154.77 |
| PA (SM/0) (1644.90) | 50.50 | 327.68 |
| PA-EE SUI(1644.90) | 0.99 | 6.38 |
| Pittsburgh LST(1644.90) | 2.17 | 15.19 |
| Tarentum Boro EIT(1644.90) | 16.45 | 106.75 |
| Net Pay 05474XXXX | 1327.53 | 8652.54 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Earnings** | | | 104.66 | 1644.90 | 10674.30 |
| **NET PAY** | 1327.53 | **Total Direct Deposits** | | 1327.53 | |

| **Total Deductions** | 1644.90 | 10674.30 |
|---|---|---|
| **Check Amount** | 0.00 | 0.00 |

**Harry L Witt Inc.**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

Check Date 3/31/2020          Check Number   Memo

Pay *No Dollars and No Cents*

$ * * * * * * * * * * * *

To the Order of:
0230

163  -99989886
NON NEGOTIABLE

PAY ONLY 0 00
CTS CTS

**Joseph P Anderson**

Authorized Signature

---

**Joseph P Anderson**

| | |
|---|---|
| Company | Period Begin |
| 03641.0 | 3/16/2020 |
| Number | Period End |
| 163 | 3/31/2020 |
| Social Security # | Check Date |
| | 3/31/2020 |
| Hire Date | Check Number |
| 1/25/2019 | -99989886 |

Division

Branch

Department
0230

Team

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

---

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.00 | 78.66 | 1179.90 | 7679.40 |
| Overtime | | 22.50 | 10.00 | 225.00 | 1350.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (1404.90) | 92.63 | 627.78 |
| OASDI (1404.90) | 87.10 | 559.80 |
| Medicare (1404.90) | 20.37 | 130.92 |
| PA (SM/0) (1404.90) | 43.13 | 277.18 |
| PA-EE SUI(1404.90) | 0.84 | 5.39 |
| Pittsburgh LST(1404.90) | 2.17 | 13.02 |
| Tarentum Boro EIT(1404.90) | 14.05 | 90.30 |
| Net Pay 05474XXXX | 1144.61 | 7325.01 |

| | | | Hours/Pieces | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Total Earnings | | | 88.66 | 1404.90 | 9029.40 | Total Deductions | 1404.90 | 9029.40 |
| **NET PAY** | | 1144.61 | **Total Direct Deposits** | | 1144.61 | **Check Amount** | 0.00 | 0.00 |

**Harry L Witt Inc**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 3/13/2020**          **Check Number**  **Memo**

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

**To the Order of:**
0230

163  -99989964

PAY ONLY 0 00 CTS CTS

NON NEGOTIABLE

**Joseph P Anderson**

Authorized Signature

---

**Joseph P Anderson**

| | |
|---|---|
| Company | 03641.0 |
| Number | 163 |
| Social Security # | |
| Hire Date | 1/25/2019 |

| | |
|---|---|
| Period Begin | 3/1/2020 |
| Period End | 3/15/2020 |
| Check Date | 3/13/2020 |
| Check Number | -99989964 |

| | |
|---|---|
| Division | |
| Branch | |
| Department | 0230 |
| Team | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.00 | 86.66 | 1299.90 | 6499.50 |
| Overtime | | 22.50 | 10.00 | 225.00 | 1125.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (1524.90) | 107.03 | 535.15 |
| OASDI (1524.90) | 94.54 | 472.70 |
| Medicare (1524.90) | 22.11 | 110.55 |
| PA (SM/0) (1524.90) | 46.81 | 234.05 |
| PA-EE SUI(1524.90) | 0.91 | 4.55 |
| Pittsburgh LST(1524.90) | 2.17 | 10.85 |
| Tarentum Boro EIT(1524.90) | 15.25 | 76.25 |
| Net Pay 05474XXXX | 1236.08 | 6180.40 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Earnings** | | | 96.66 | 1524.90 | 7624.50 |
| **NET PAY** | 1236.08 | | | | |

| | | |
|---|---|---|
| **Total Deductions** | 1524.90 | 7624.50 |
| **Total Direct Deposits** | 1236.08 | |
| **Check Amount** | 0.00 | 0.00 |

**Harry L Witt Inc.**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 1/15/2020**       **Check Number**   **Memo**

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

To the Order of:
0230

163  -99990292
NON NEGOTIABLE

**PAY ONLY** 0 00 CTS CTS

**Joseph P Anderson**

Authorized Signature

---

**Joseph P Anderson**

| | |
|---|---|
| Company | Period Begin |
| 03641.0 | 1/1/2020 |
| Number | Period End |
| 163 | 1/15/2020 |
| Social Security # | Check Date |
| | 1/15/2020 |
| Hire Date | Check Number |
| 1/25/2019 | -99990292 |

Division

Branch

Department
0230

Team

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.00 | 86.66 | 1299.90 | 1299.90 |
| Overtime | | 22.50 | 10.00 | 225.00 | 225.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0)  (1524.90) | 107.03 | 107.03 |
| OASDI (1524.90) | 94.54 | 94.54 |
| Medicare (1524.90) | 22.11 | 22.11 |
| PA (SM/0)  (1524.90) | 46.81 | 46.81 |
| PA-EE SUI(1524.90) | 0.91 | 0.91 |
| Pittsburgh LST(1524.90) | 2.17 | 2.17 |
| Tarentum Boro EIT(1524.90) | 15.25 | 15.25 |
| Net Pay 05474XXXX | 1236.08 | 1236.08 |

| Total Earnings | | | 96.66 | 1524.90 | 1524.90 | Total Deductions | 1524.90 | 1524.90 |
|---|---|---|---|---|---|---|---|---|
| **NET PAY** | 1236.08 | **Total Direct Deposits** | | | 1236.08 | **Check Amount** | 0.00 | 0.00 |

**Harry L Witt Inc**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 1/31/2020**    **Check Number  Memo**

**Pay** *No Dollars and No Cents*

$**********

**To the Order of:**
0230

163   -99990217
NON NEGOTIABLE

**PAY** 00
ONLY CTS CTS

**Joseph P Anderson**

Authorized Signature

---

**Joseph P Anderson**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 03641.0 | 1/16/2020 | |
| Number | Period End | Branch |
| 163 | 1/31/2020 | |
| Social Security # | Check Date | Department |
| | 1/31/2020 | 0230 |
| Hire Date | Check Number | Team |
| 1/25/2019 | -99990217 | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.00 | 86.66 | 1299.90 | 2599.80 |
| Overtime | | 22.50 | 10.00 | 225.00 | 450.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0)  (1524.90) | 107.03 | 214.06 |
| OASDI (1524.90) | 94.54 | 189.08 |
| Medicare (1524.90) | 22.11 | 44.22 |
| PA (SM/0)  (1524.90) | 46.81 | 93.62 |
| PA-EE SUI(1524.90) | 0.91 | 1.82 |
| Pittsburgh LST(1524.90) | 2.17 | 4.34 |
| Tarentum Boro EIT(1524.90) | 15.25 | 30.50 |
| Net Pay 05474XXXX | 1236.08 | 2472.16 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Earnings** | | | 96.66 | 1524.90 | 3049.80 |
| **NET PAY** | 1236.08 | | | | |

| | |
|---|---|
| **Total Deductions** | 1524.90  3049.80 |
| **Total Direct Deposits** | 1236.08 |
| **Check Amount** | 0.00  0.00 |

Harry L Witt Inc
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date 2/14/2020**          **Check Number  Memo**

**Pay** *No Dollars and No Cents*

$* * * * * * * * * * * *

**To the Order of:**
0230

PAY 0 00
ONLY    CTS CTS

163  -99990127
NON NEGOTIABLE

**Joseph P Anderson**

▇▇▇▇▇▇▇▇▇▇

**Authorized Signature**

---

**Joseph P Anderson**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 03641.0 | 2/1/2020 | |
| Number | Period End | Branch |
| 163 | 2/15/2020 | |
| Social Security # | Check Date | Department |
| | 2/14/2020 | 0230 |
| Hire Date | Check Number | Team |
| 1/25/2019 | -99990127 | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.00 | 86.66 | 1299.90 | 3899.70 |
| Overtime | | 22.50 | 10.00 | 225.00 | 675.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0) (1524.90) | 107.03 | 321.09 |
| OASDI (1524.90) | 94.54 | 283.62 |
| Medicare (1524.90) | 22.11 | 66.33 |
| PA (SM/0) (1524.90) | 46.81 | 140.43 |
| PA-EE SUI(1524.90) | 0.91 | 2.73 |
| Pittsburgh LST(1524.90) | 2.17 | 6.51 |
| Tarentum Boro EIT(1524.90) | 15.25 | 45.75 |
| Net Pay 05474XXXX | 1236.08 | 3708.24 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Earnings** | | | 96.66 | 1524.90 | 4574.70 |

| **Total Deductions** | 1524.90 | 4574.70 |
|---|---|---|

| **NET PAY** | 1236.08 | **Total Direct Deposits** | 1236.08 | **Check Amount** | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

**Harry L Witt Inc.**
3351 Bigelow Boulevard
Pittsburgh, PA 15219

First National Bank Of PA

60-1809
433

**Check Date** 2/28/2020          **Check Number**   **Memo**

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

**To the Order of:**
0230

163   -99990041
NON NEGOTIABLE

PAY ONLY 0 00 CTS CTS

**Joseph P Anderson**

_____

**Authorized Signature**

---

**Joseph P Anderson**

| | | |
|---|---|---|
| Company | Period Begin | Division |
| 03641.0 | 2/16/2020 | |
| Number | Period End | Branch |
| 163 | 2/29/2020 | |
| Social Security # | Check Date | Department |
| | 2/28/2020 | 0230 |
| Hire Date | Check Number | Team |
| 1/25/2019 | -99990041 | |

**Harry L Witt Inc.**

3351 Bigelow Boulevard
Pittsburgh, PA 15219 412-586-0856

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 15.00 | 86.66 | 1299.90 | 5199.60 |
| Overtime | | 22.50 | 10.00 | 225.00 | 900.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/0)  (1524.90) | 107.03 | 428.12 |
| OASDI (1524.90) | 94.54 | 378.16 |
| Medicare (1524.90) | 22.11 | 88.44 |
| PA (SM/0)  (1524.90) | 46.81 | 187.24 |
| PA-EE SUI(1524.90) | 0.91 | 3.64 |
| Pittsburgh LST(1524.90) | 2.17 | 8.68 |
| Tarentum Boro EIT(1524.90) | 15.25 | 61.00 |
| Net Pay 05474XXXX | 1236.08 | 4944.32 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Earnings** | | | 96.66 | 1524.90 | 6099.60 | **Total Deductions** | 1524.90 | 6099.60 |
| **NET PAY** | | 1236.08 | **Total Direct Deposits** | | 1236.08 | **Check Amount** | 0.00 | 0.00 |