IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH P. ANDERSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: **2:22-cv-00408-JFC** |
| : | |
| **HARRY L. WITT, Inc.,** : | |
| : | |
| **Defendant.** : | |
| : | |
| : | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Kindly dismiss this case without prejudice at the above-captioned pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i).

**J.P. WARD & ASSOCIATES, LLC**

*/s/ Joshua P. Ward*

Joshua P. Ward, Esquire
Counsel for Plaintiff
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206
(412) 545-3016
(412) 545-3399 (fax)
jward@jpward.com